UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Xanoptix, Inc.
n/k/a Cubic Wafer, Inc.</u>

     v.                       Civil No. 08-cv-228-JL

<u>Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, PC</u>

### **O R D E R**

The Preliminary Pretrial Conference was held in chambers on **July 21, 2008**.

The Discovery Plan (document no. 8) is approved as submitted.

By agreement of the court and the parties, the following are **stricken** without prejudice to being asserted later upon evidentiary support:

- the following affirmative defenses: #4 (waiver) and #6 (estoppel).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: July 21, 2008

cc: Andrew B. Livernois, Esq.
    William C. Saturley, Esq.