UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Xanoptix, Inc., now known as</u>
<u>Cubic Wafer, Inc.</u>

       v.                    Civil No. 08-cv-228-JL

<u>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.</u>

<u>ORDER OF DISMISSAL</u>

On August 8, 2008, the Clerk's Office was advised that this case settled. A Motion to Extend Time to File a Stipulation of Dismissal was granted until September 30, 2008. In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

      SO ORDERED.

October 6, 2008                                   */s/ Joseph N. Laplante*
                                                        Joseph N. Laplante
                                                        United States District Judge

cc:     Andrew Livernois, Esq.
        William Saturley, Esq.